UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D" (1)** |
| | * | |
| | * | |
| **DIAMINIKE F. STALBERT** | * | |

_____

### MOTION TO JOIN IN MOTION TO SEVER TRIAL AND DEFENDANTS FILED ON BEHALF OF VANESSA MOTTA AND MOTTA LAW FIRM, LLC.

**NOW INTO COURT,** comes defendant, DIAMINIKE F. STALBERT, appearing herein through the undersigned counsel, and respectfully moves this Honorable Court for permission to join in the Motion to Sever filed by Vanessa Motta and Motta Law Firm, on May 5, 2025.

In support of this motion to join, DIAMINIKE F. STALBERT, asserts the following:

1. Mover was charged in a superseding indictment Counts 1- Conspiracy to Commit Mail and Wire Fraud and Count 8- False Statements to Federal Agent.

2. Mover was not charged in Counts 9-13 of the superseding indictment involving the charge of murder.

3. Joinder will result in undue prejudice to Mover who is not charged with the crime of murder.

4. Mover further asserts that the jury will be unable to separate the allegations of murder from those Mover is accused of in this matter.

WHEREFORE, in the interest of judicial economy and the avoidance of duplicative briefing, Mover respectfully requests that the Court grant this Motion to Join permitting Mover to join and adopt the Motion to Sever filed in this matter.

Respectfully Submitted,

*/s/ Hester R. Hilliard*
**HESTER R. HILLIARD LSBA # 31392**
**Attorney for Diaminike F. Stalbert**
429 W. Airline Hwy., Suite I
LaPlace, Louisiana 70068
(504) 336-4608Telephone
HilliardLawFirm@outlook.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 15th day of May, 2025.

*/s/ Hester R. Hilliard*
Hester R. Hilliard