UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, ET AL. | SECTION: D (1)<br>This Order applies to all defendants except for Ryan Harris and Jovanna Gardner |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall have until **10:00 a.m. (CST) on Monday, July 21, 2025,** to file a supplemental brief, if desired, limited to five (5) pages in length, addressing any legal authority from within the Fifth Circuit regarding whether a defendant's right to a speedy trial under 18 U.S.C. 3161, *et seq.* or a defendant's right to effective assistance of counsel is the type of "specific trial right" the compromise of which would support severance under Federal Rule of Criminal Procedure 14(a). *See Zafiro v. United States*, 506 U.S. 534, 538–39, 113 S.Ct. 933, 938, 122 L.Ed.2d 317 (1993).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send the

unrepresented defendants, Jason F. Giles and The King Law Firm, LLC, a copy of this Order via first-class and certified mail at their address of record and by email below.

    New Orleans, Louisiana, July 17, 2025.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

**CC via email:**

**Jason F. Giles <jgiles@kinginjuryfirm.com>**